928

No. 78–6044.   BEST v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 78–6052.   LAMARTINA v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–6055.   WOODY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–6056.   GORDON v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 78–6070.   TASTO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6072.   HOLST v. GOVERNMENT OF THE VIRGIN ISLANDS.   C. A. 3d Cir.   Certiorari denied.

No. 78–6080.   WADE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6099.   WHALEN v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 78–6100.   HEAD v. UNITED STATES.   C. A 4th Cir.   Certiorari denied.

No 78–517.   CHAMBERS v. TEXAS.   Ct. Crim. App. Tex.; and

No. 78–5901.   DRAKE v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   Reported below: No. 78–517, 568 S. W. 2d 313; No. 78–5901, 241 Ga. 583, 247 S. E. 2d 57.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.